IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In the Matter of the Search of | Docket No. 3:21-mj-197 |
| 15105 Ramah Church Road, Huntersville, North Carolina 28078 | *UNDER SEAL* |

## ORDER SEALING SEARCH WARRANT AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Application, Search Warrant, Affidavit in the above-captioned matter, Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Application, Search Warrant, Affidavit in the above-captioned matter, Motion to Seal, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

SO ORDERED this 19th day of August 2021.

Signed: August 19, 2021

David C. Keesler
United States Magistrate Judge