IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-MJ-0197-DCK  *SEALED*

| IN THE MATTER OF THE SEARCH OF: | ) | |
|---|---|---|
| | ) | **ORDER** |
| **15105 RAMAH CHURCH ROAD,** | ) | |
| **HUNTERSVILLE, NORTH CAROLINA 28078** | ) | |
| | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion to Unseal Search Warrant and Other Documents" (Document 5) filed November 1, 2023, by Assistant United States Attorney Steven R. Kaufman on behalf of the United States.

The Court finds that there is good cause shown for unsealing the Application, Search Warrant, Affidavit, Motion to Seal, Order to Seal, and the Motion to Unseal, as there is no longer the need to protect the secrecy of the investigation in this matter.

**IT IS, THEREFORE, ORDERED** that the "Motion to Unseal Search Warrant and Other Documents" (Document 5) is **GRANTED**. The Application, Search Warrant, Affidavit, Motion to Seal, Order to Seal, and the Motion to Unseal in the above-captioned matter shall be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office via email to Steven.Kaufman@usdoj.gov.

**SO ORDERED**.

Signed: November 2, 2023

David C. Keesler
United States Magistrate Judge